**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Ellijay East Nutrition, LLC**
24 Rose Court
Ellijay, GA 30540

86–3637216

Case No.: **23–20295–jrs**
Chapter: **7**
Judge: **James R. Sacca**

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION,
DISCHARGING TRUSTEE AND CLOSING ESTATE**

It appearing to the Court that

**Bradley J. Patten**

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_James R. Sacca_
James R. Sacca
United States Bankruptcy Judge

Dated:  August 22, 2023
Form 184